BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
Terri A. Roberts
Troy E. Larkin
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Arizona State Bar No. 012862
Arizona State Bar No. 024449
Attorney for Creditor Pima County

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA (TUCSON)**

| | |
|---|---|
| IN RE:<br><br>EDUARDO B. MORENO and JUANITA M. MORENO,<br><br>Debtors. | No.: 4:10-bk-09677-EWH<br><br>**PIMA COUNTY'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**<br><br>CHAPTER 13 |

Secured Creditor Pima County objects to confirmation of Debtors' proposed Chapter 13 Plan on the following grounds:

Pima County is a secured creditor in this bankruptcy with timely filed claims for real property taxes for tax years 2009 (second half $557.48) and 2010 (estimated $1,226.46) on parcel 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 (2518 N. Jordan Dr.). These claims remain unpaid and totaled $1,783.94 as of the date of Debtors' petition. The tax lien for 2009 attached to the aforementioned parcel January 1, 2009 and the taxes were levied on August 17, 2009. If the second half of this tax is not paid before May 1, 2010, this tax debt will begin to accrue interest at the statutory rate of 16% per annum prorated monthly

pursuant to A.R.S. § 42-18053. The tax lien for 2010 attached to the aforementioned parcel January 1, 2010 and the taxes will be levied on August 16, 2010. If the first half of this tax is not paid before November 1, 2010, this tax debt will begin to accrue interest at the statutory rate of 16% per annum prorated monthly pursuant to A.R.S. § 42-18053.

Although Debtors' Plan provides for the payment of the 2009 and 2010 taxes Pima County objects to the value of the collateral as listed by Debtors. Debtors list the value of the collateral as $84,000 even though the Pima County Assessor determined the value to be $95,090 for tax year 2010 (see attached Residential Notice of Value). The Debtors did not appeal the valuation and the time for appeal of this valuation has expired. *See* 11 U.S.C. § 505 (a)(2)(C). Therefore, Pima County requests the valuation of the property reflect the Pima County Assessor's valuation.

Pima County requests that the Court deny confirmation of Debtors' Plan until such time as it is amended as set forth above. Further, Pima County requests that Debtors be required to timely pay any Pima County taxes which may become due during the Plan period.

RESPECTFULLY SUBMITTED this 20th day of February 2010.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

Troy E. Larkin
Deputy County Attorney

| | |
|---|---|
| 1 | Copy of the foregoing mailed this |
| 2 | _____ day of April 2010 |
| 3 | Ross K. Meiners, Esq. |
|   | Meiners Law Office, PLC |
| 4 | 2 East Congress St., suite 900 |
|   | Tucson, AZ 85701 |
| 5 | Attorney for Debtors |
| 6 | |
|   | Dianne C. Kerns |
| 7 | 7320 N La Cholla #154 PMB 413 |
|   | Tucson, AZ 85741-2305 |
| 8 | Ch. 13 Trustee |

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

    
**Bill Staples**
Pima County Assessor
115 N Church Ave
Tucson AZ 85701-1199
www.asr.pima.gov

Property located in PIMA

RESIDENTIAL NOTICE OF VALUE
2010



THIS IS NOT A TAXBILL

MORENO EDUARDO B & JUANITA M JT/RS
2518 N JORDAN DR
TUCSON AZ

85745 -0000

**ATTENTION**

**PLEASE DO NOT DISREGARD**
**THIS IS AN OFFICIAL NOTICE OF VALUE**

**APPEAL INSTRUCTIONS:** If you believe that this property has been improperly valued or erroneously listed, you may petition the Assessor for review within 60 days of the NOTICE DATE. A "Residential Petition for Review of Value" ( form DOR 82130R) may be obtained from the Assessor's Office or downloaded from our website.

| PARCEL ID: | Book - Map - Parcel 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 | TAX YEAR 2010 | NOTICE DATE 02/02/2009 | APPEAL DEADLINE 04/03/2009 |
|---|---|---|---|---|

| | 2009 VALUATION | | | | 2010 VALUATION | | | |
|---|---|---|---|---|---|---|---|---|
| | LEGAL CLASS | VALUE | ASMT RATIO | ASSESSED VALUE | LEGAL CLASS | VALUE | ASMT RATIO | ASSESSED VALUE |
| TOTAL FCV | 3 | 106,843 | 10.0 | 10,684 | 3 | 95,090 | 10.0 | 9,509 |
| LIMITED VALUE | 3 | 96,083 | 10.0 | 9,608 | 3 | 95,090 | 10.0 | 9,509 |

Description: SILVERBELL TERRACE LOT 37

Property Address: 2518 N JORDAN DR
Use Code: 0131 -SFR GRADE 010-3 URBAN SUBDIVIDED

**PROPERTY CHARACTERISTICS**
Please visit our website or call 740-3042 for additional information or questions regarding Property Characteristics.

| Property Type: | Single Family Resi | Building Class: | 3 | Area ID: | Ed 10-204504-01-3 |
|---|---|---|---|---|---|
| Livable Area: | 1055 | Effective Age: | 1958 | Garage Type: | Carport-1 |
| Cooling: | Evaporative | Heating: | Forced | Pool: | No |

This property is classified as owner occupied residential. If this property is being used as a rental unit, the owner must notify the County Assessor of the rental use. Failure to do so may result in a civil penalty.

Pursuant to AZ Revised Statutes (A.R.S.) 42-15103:
- If you own a parcel of property that is used for residential purposes, that parcel must be listed on the notice of value as legal class four. If your rental residential property is not listed you must register the property with the County Assessor pursuant to section 33-1902 or you may be subject to a penalty. Out-of-State owners are required to assign a statutory agent who resides in Arizona and will accept legal documentation on behalf of the owner.
- If you do not register the rental property with the County Assessor after you receive this notice, the city or town in which your property is located may impose a civil penalty payable to the city or town in the amount of one hundred fifty dollars per pay for each day of violation, and the city or town may impose enhanced inspection and enforcement measures on the property.
- Many Arizona cities and towns impose a municipal privilege tax on persons engaged in the business of leasing or renting residential real property. If the city or town in which your rental property is located taxes residential rentals, your failure to pay the tax could result in a penalty or fine by the city or town. See Model City Tax Code Section 445 and applicable model option pages to determine whether you are subject to the tax and must be licensed by the city or town in which your rental property is located. The website for the Model City Tax Code is www.modelcitytaxcode.org
- Residential rental properties are also required to comply with the landlord tenant law pursuant to Title 33, Chapters 10 and 11.